UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>JUSTINE ANGELIQUE WALDEN<br><br>    Debtor | Chapter 13<br>Case No. 18-00762-SMT |
| M&T BANK<br><br>    Movant<br><br>v.<br><br>JUSTINE ANGELIQUE WALDEN<br>54 DIXWELL AVENUE<br>NEW HAVEN, CT 06511<br>    (Debtor)<br><br>NANCY SPENCER GRIGSBY<br>185 ADMIRAL COCHRANE DR.<br>SUITE 240<br>ANNAPOLIS, MD 21401<br>    (Trustee)<br><br>    Respondents | |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

M&T Bank ("Movant") by undersigned counsel, respectfully moves this Honorable Court to terminate the Automatic Stay as to the real property located at 118 15th Street NE, Washington, DC 20002 ("Property"), and, as grounds therefore, states as follows.

1. This proceeding seeking relief under 11 U.S.C. § 362(d) is a contested matter within the meaning of Fed. R. Bankr. P. 4001 and 9014, and this court has jurisdiction over this matter pursuant to 28 U.S.C. § 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G) and (b)(2)(O). Venue is proper pursuant to 28 U.S.C. § 1409(a).

2. On November 29, 2018, the above named Debtor, Justine Angelique Walden ("Debtor"), filed in this court a Petition under Chapter 13 of the United States Bankruptcy Code. Nancy Spencer Grigsby (the "Trustee") was appointed Chapter 13 trustee.

3. On or about August 27, 2007, Justine Angelique Walden executed and delivered to Bank of America, N.A. a promissory note (the "Note") in the amount of FOUR HUNDRED FIFTEEN THOUSAND DOLLARS AND NO CENTS ($415,000.00), plus interest at the fixed rate of 6.250% per annum, to be paid over thirty (30) years. A copy of the Note is attached hereto as **Exhibit A** and incorporated herein.

4. To secure the repayment of the sums due under the Note, Justine Angelique Walden executed and delivered to Bank of America, N.A. a Deed of Trust dated August 27, 2007, encumbering the real property ("Property") described as:

> The land referred to in this policy is situated in the State of DC, County of DISTRICT OF COLUMBIA, City of WASHINGTON and described as follows:
>
> LOT NUMBERED EIGHTY-THREE (83) IN KENNEDY AND DAVIS COMPANY'S SUBDIVISION OF SQUARE NUMBERED TEN HUNDRED FIFTY-SIX (1056), AS PER PLAT RECORDED IN BOOK 32, PAGE 88, IN THE OFFICE OF THE SURVEYOR FOR THE DISTRICT OF COLUMBIA.
>
> Being that parcel of land conveyed to Justine A. Walden, as sole owner from Willem D. Scheltem by that deed dated 04/28/2004 and recorded 05/04/2004 in Instrument No. 2004061694 of the District of Columbia, Public Registry.
>
> APN 1056 0083
> WITH THE APPURTENANCES THERETO.
> APN: 1056 0083

which has the address of 118 15th Street NE, Washington, DC 20002. A Copy of the Deed of Trust is attached as **Exhibit B** and incorporated herein.

5. The Note and Deed of Trust were later transferred to Movant and Movant is the current holder of the Note and Deed of Trust. A copy of the Assignment is attached as **Exhibit C** and incorporated herein.

6. The Debtor agreed to a permanent modification of the loan described above. The loan modification is attached as **Exhibit D** and incorporated herein.

7. As of May 10, 2019, the Debtor owes an unpaid principal balance of $393,451.14 under the Note, plus additional accruing interest, late charges, attorneys' fees and costs.

8. As of May 10, 2019, the Debtor is post-petition due for December 1, 2018, which includes the following missed payments:

| Number of Missed Payments | From | To | Payment Amount | Total Due |
|---|---|---|---|---|
| 6 | December 1, 2018 | May 1, 2019 | $1,652.60 | $9,915.60 |
| | | | Suspense: | ($0.00) |
| | | | Total Payments Past Due | $9,915.60 |

9. The value of the property is $778,804.00, according to the Debtor's Schedule "A".

10. The Debtor is in default under the Note.

11. The Debtor has not and cannot offer Movant adequate protection of its interest in the Property, and Movant avers it is not adequately protected.

12. That the Debtor's account delinquency constitute cause for relief from the automatic stay.

WHEREFORE, M&T Bank prays that this Court issue an order terminating or modifying the Automatic Stay under 11 U.S.C. § 362, as to the property located at 118 15th Street NE, Washington, DC 20002, and granting the following:

a. Relief from the Automatic Stay allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible loss mitigation options, solutions and/or resolutions with regard to the underlying

mortgage and note, including, but not limited to loan modification, deed in lieu or other loss mitigation alternatives.

      b.      That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

      c.      That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

      d.      That it be exempted from further compliance with Fed. R. Bankr. P. 3002.1 in the instant bankruptcy case.

Date:   June 26, 2019

Respectfully submitted,

/s/ Kathryn Smits
Kathryn Smits, Bar #1024055
Orlans PC
PO Box 2548
Leesburg, VA 20177
(703)777-7101
Attorneys for M&T Bank
ksmits@orlans.com