The order below is hereby signed.

Signed: July 26 2019



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:  JUSTINE ANGELIQUE WALDEN<br><br>Debtor | Chapter 13<br>Case No. 18-00762-SMT |
| M&T BANK<br>     Movant<br><br>v.<br><br>JUSTINE ANGELIQUE WALDEN<br>     (Debtor)<br><br>NANCY SPENCER GRIGSBY<br>     (Trustee)<br>     Respondents | |

## ORDER TERMINATING AUTOMATIC STAY

UPON CONSIDERATION of the Motion for Relief from Automatic Stay ("Motion"), filed by M&T Bank, and any response thereto, and good cause having been shown, it is hereby

**ORDERED,** that the Motion be, and the same is hereby **GRANTED;** and it is further

**ORDERED** that the Automatic Stay imposed by 11 U.S.C. § 362 is terminated permitting M&T Bank to exercise its rights under applicable law against the Property; and M&T

Bank is allowed to enforce the lien of its Deed of Trust as it pertains to the real property located at 118 15th Street NE, Washington, DC 20002 and it is more particularly described as follows:

> The land referred to in this policy is situated in the State of DC, County of DISTRICT OF COLUMBIA, City of WASHINGTON and described as follows:
>
> LOT NUMBERED EIGHTY-THREE (83) IN KENNEDY AND DAVIS COMPANY'S SUBDIVISION OF SQUARE NUMBERED TEN HUNDRED FIFTY-SIX (1056), AS PER PLAT RECORDED IN BOOK 32, PAGE 88, IN THE OFFICE OF THE SURVEYOR FOR THE DISTRICT OF COLUMBIA.
>
> Being that parcel of land conveyed to Justine A. Walden, as sole owner from Willem D. Scheltem by that deed dated 04/28/2004 and recorded 05/04/2004 in Instrument No. 2004061694 of the District of Columbia, Public Registry.
>
> APN 1056 0083
> WITH THE APPURTENANCES THERETO.
> APN: 1056 0083

which relief shall extend to the purchaser to take such action under state law, as may be necessary, to obtain possession of the property; and it is further

**ORDERED**, that Relief from the Automatic Stay is granted allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property and/or allowing Movant, through its agents, servicers and representatives to contact Debtor and/or Debtor's counsel for the purpose of engaging in discussions and consideration for possible loss mitigation options, solutions and/or resolutions with regard to the underlying mortgage and note, including, but not limited to loan modification, deed in lieu or other loss mitigation alternatives; and it is further

**ORDERED**, that the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and it is further

**ORDERED,** This Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3); and it is further

**ORDERED**, that it be exempted from further compliance with Fed. R. Bankr. P. 3002.1 in the instant bankruptcy case.

I ASK FOR THIS:

\_\_/s/ Kathryn Smits_____
Kathryn Smits, Bar #1024055
ksmits@orlans.com
Orlans PC
PO Box 2548
Leesburg, VA 20177
(703)777-7101


Copies to:

Kathryn Smits
Orlans PC
PO Box 2548
Leesburg, VA 20177
*Attorneys for the Movant*

Justine Angelique Walden
54 Dixwell Avenue
New Haven, CT 06511
*Debtor*

Brian V. Lee
Lee Legal, PLLC
1250 Connecticut Avenue NW
Seventh Floor
Washington, DC 20036
*Attorney for the Debtor*

Nancy Spencer Grigsby
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
*Chapter 13 Trustee*

**END OF ORDER**