The order below is hereby signed.

Signed: July 26 2019



_S. Martin Teel, Jr._
_S. Martin Teel, Jr._
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE
JUSTINE ANGELIQUE WALDEN         :   Chapter 13 Case No. 18-00762 SMT
   Debtor

**ORDER OF DISMISSAL**

Upon consideration of the Trustee's Motion to Dismiss based on denial of confirmation, it is,

ORDERED, that the above-captioned matter be and the same is hereby dismissed pursuant to 11 U.S.C. §1307.

cc:

Justine Angelique Walden
54 Dixwell Avenue
New Haven, CT 06511
_Debtor_

Brian V. Lee, Esq.
1250 Connecticut Avenue NW
Seventh Floor
Washington, DC 20036
_Attorney for Debtor_

All Entities on Mailing List